Jesus Eduardo Arias, Esq. LL.M. [ SBN 293983 ]
Law Office of Jesus Eduardo Arias
18000 Studebaker Rd. Suite 700
Cerritos California 90703
E| jearias@jesuseduardoarias.com
T| 323) 815 9450
F| 323) 375 1196
Attorney for Plaintiffs; Arlet Cruz, daughter of the decedent
and Asuncion Gomez -Decedent's mother; individually

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arlet Cruz (Daughter of the Decedent) individually and as successor in interest, & ASUNCION GOMEZ an individual (mother of the decedent) individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; Nestor Kensinger, an individual; Deputy Martinez an individual; and DOES 1 – 50 Inclusive,<br><br>Defendants. | No. 19-cv-2450-W-KSC<br><br>**JOINT MOTION TO DISMISS DEFENDANT NESTOR KENSINGER WITH PREJUDICE** |

The parties to this action, by and through their attorneys of record, jointly move this Court for an Order dismissing Defendant Nestor Kensinger from all causes of action asserted against him in this lawsuit with prejudice. Each party to bear their own costs and fees.

DATED: October 26, 2020

*Respectfully Submitted*

By:   s/ *Jesus Eduardo Arias, Esq.*
       Attorney for Plaintiffs

DATED: October 26, 2020       THOMAS E. MONTGOMERY, County Counsel

By: s/*Fernando Kish*, Senior Deputy
Attorneys for Defendants County of San Diego, Matthew Martinez, and Nestor Kensinger
E-mail: fernando.kish@sdcounty.ca.gov

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the contents of this document are acceptable to counsel for all parties, and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED:  October 26, 2020       LAW OFFICE OF JESUS EDUARDO ARIAS

                               s/ *Jesus Eduardo Arias, Esq.*
                               Attorney for Plaintiffs