THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By FERNANDO KISH, Senior Deputy (SBN 236961)
   CHRISTINA VILASECA, Senior Deputy (SBN 290910)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4901 Fax: (619) 531-6005
E-mail: Fernando.kish@sdcounty.ca.gov
        Christina.vilaseca@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Matthew Martinez (erroneously sued as "Deputy Martinez")

Jesus Eduardo Arias, Esq. LL.M. [SBN 293983]
Law Office of Jesus Eduardo Arias
18000 Studebaker Rd. Suite 700
Cerritos California 90703
E| jearias@jesuseduardoarias.com
T| 323) 815 9450
F| 323) 375 1196

Attorney for Plaintiffs; Arlet Cruz, daughter of the decedent and Asuncion Gomez -Decedent's mother; individually

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Arlet Cruz (Daughter of the Decedent) individually and as successor in interest, & ASUNCION GOMEZ an individual (mother of the decedent) individually,<br><br>                           Plaintiffs,<br><br>         v.<br><br>COUNTY OF SAN DIEGO; Deputy Martinez an individual; and DOES 1 – 50 Inclusive,<br><br>                           Defendants. | No. 19-cv-2450-W-KSC<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

/ / /

Plaintiffs Arlet Cruz, individually and as successor in interest to Manuel Cruz, and Asuncion Gomez, by and through their counsel of record, and Defendants Matthew Martinez and County of San Diego, by and through their counsel of record, having reached a settlement in this matter, jointly move the Court for an order dismissing the entire case with prejudice, with each party to bear their own fees and costs.

Respectfully submitted,

DATED: December 1, 2020        THOMAS E. MONTGOMERY, County Counsel

By: s/FERNANDO KISH, Senior Deputy
Attorneys for Defendants County of San Diego and Matthew Martinez
E-mail: fernando.kish@sdcounty.ca.gov

DATED:  December 1, 2020        LAW OFFICE OF JESUS EDUARDO ARIAS

s/ *Jesus Eduardo Arias, Esq.*
Attorney for Plaintiffs
E-mail: jearias@jesuseduardoarias.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the contents of this document are acceptable to counsel for all parties, and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

Respectfully submitted,

DATED: December 1, 2020        THOMAS E. MONTGOMERY, County Counsel

By: s/FERNANDO KISH, Senior Deputy
Attorneys for Defendants County of San Diego and Matthew Martinez
E-mail: fernando.kish@sdcounty.ca.gov