# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLET CRUZ, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 19-CV-02450 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 24]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 24.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 3, 2020

_____
Hon. Thomas J. Whelan
United States District Judge